IN THE UNITED STATES DISTRICT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
AUG 3 0 2004
Michael N. Milby
Clerk of Court

| | |
|---|---|
| IRA LANETTE DAVIS | § § § |
| Plaintiff, | § § |
| V. | §  *Civil Action No. B-04-139* |
| | § § |
| MOTEL 6 #1237 AND/OR MOTEL 6 AND MOTEL 6 G.P., INC. DOING BUSINESS AS MOTEL 6 OPERATING L.P. | § § § § § |

## IRA LANETTE DAVIS, PLAINTIFF'S CERTIFICATE RELATIVE TO DISCLOSURE OF ALL PERSONS, ASSOCIATIONS OF PERSONS, FIRMS, PARTNERSHIPS, CORPORATIONS, AFFILIATES, PARENT CORPORATIONS OR OTHER LEGAL ENTITIES THAT ARE FINANCIALLY INTERESTED IN THE OUTCOME OF THIS LITIGATION

**IRA LANETTE DAVIS**, Plaintiff in the above-entitled and numbered cause, and pursuant to the Court's Order for Conference and Disclosure of Interested Parties, files this Certificate stating the persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations or other legal entities that are financially interested in the outcome of this litigation:

1. Ira Davis;

2. Motel 6 #1237 and/or Motel 6; and

2. Motel 6 and Motel 6 G.P., Inc. Doing Business as Motel 6 Operating L.P.

1

Respectfully submitted,

*[signature]*

E. A. "TREY" APFFEL, III
Federal I.D. No. 242
Texas State Bar No. 01278010

ATTORNEY IN CHARGE FOR
PLAINTIFF

OF COUNSEL:

**Law Office of E. A. "Trey" Apffel, III**
*A Professional Corporation*
1201 Logan/25TH Street
Texas City, TX 77590
(409) 948-0003; (281) 488-2281 Telephone
(409) 945-5443 Facsimile
E-Mail: trey@apffellaw.com

## CERTIFICATE OF SERVICE

I, E. A. "Trey" Apffel, III, hereby certify that on ____August 27____, 2004, a true and correct copy of the foregoing certificate by Plaintiff, stating the persons, associates of persons, firms, partnerships, corporations, affiliates, parent corporations or other legal entities that are financially interested in the outcome of this litigation has been forwarded by certified United States mail, return receipt requested, to the following Defendants, as indicated:

MOTEL 6 #1237 and/or MOTEL 6
Monica Johnson, Manager
4013 Padre Boulevard
South Padre Island, Texas 78597

MOTEL 6 G.P., INC. doing business as
MOTEL 6 OPERATING L.P.
The Prentice Hall Corporation
    Systems, Inc., Registered Agent
1013 Center Road
Wilmington, Delaware 19805

*[signature]*

E. A. "Trey" Apffel, III

2