AO 440 (Rev. 10/93) Summons in a Civil Action

B-04 CV 139

## RETURN OF SERVICE

United States District Court
Southern District of Texas
FILED

OCT 1 8 2004

Michael N. Milby
Clerk of Court

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 9/8/04 at 3:50 p.m. |
| NAME OF SERVER (PRINT) William Golt | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service on Motel 6 G.P., Inc., doing Business as Motel 6 Operating L.P. was effectuated by personally serving Sue Rhea, Business Agent duly authorized to accept service on behalf of Registered Agent, The Prentice-Hall Corporation Systems, at 2711 Centerville Rd., #400 Wilmington, DE 19808 (New Address)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   9/9/04
                  Date

Signature of Server

c/o Beck 'N Call, Inc.
12450 Highway 3, Suite 111
Webster, Texas 77598
*Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

ORIGINAL

AO 440 (Rev. 10/93) Summons in a Civil Action

United States Courts
Southern District of Texas
FILED

OCT 0 5 2004

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____Texas_____

IRA LANETTE DAVIS

V.

MOTEL 6 #1237 AND/OR
MOTEL 6 AND
MOTEL 6 G.P., INC. DOING
BUSINESS AS
MOTEL 6 OPERATING L.P.

SUMMONS IN A CIVIL CASE

CASE NUMBER: B-04-139

TO: (Name and address of Defendant)

MOTEL 6 G.P., INC. DOING BUSINESS AS MOTEL 6 OPERATING L.P.
The Prentice Hall Corporation Systems, Inc., Registered Agent
1013 Center Road
Wilmington, DE 19805

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

E. A. "Trey" Apffel, III
Law Office of E. A. "Trey" Apffel, III, P.C.
1201 Logan/25th Street
Texas City, TX 77590

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby                                8-17-04
CLERK                                           DATE

_Darlette Ahmad_
(By) DEPUTY CLERK