IN THE UNITED STATES DISTRICT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IRA LANETTE DAVIS | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. B-04-139 |
| | § | |
| MOTEL 6 #1237 AND/OR | § | |
| MOTEL 6 AND | § | |
| MOTEL 6 G.P., INC, DOING | § | |
| BUSINESS AS | § | |
| MOTEL 6 OPERATING L.P. | § | |

### DEFENDANT MOTEL 6 OPERATING L.P.'S UNOPPOSED RULE 12(b) MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW DEFENDANT **Motel 6 Operating L.P.**, incorrectly named as Defendant MOTEL 6 #1237 AND/OR MOTEL 6 in the above entitled and numbered cause, and hereby files this its Unopposed Rule 12(b) Motion to Dismiss pursuant to FED. R. CIV. P. 12(b), and for just cause would show as follows:

#### A. LACK OF SUBJECT MATTER JURISDICTION

1. Plaintiff's Original Complaint alleges that the Court has jurisdiction over the lawsuit because the suit is "between a citizen of a state and a subject of a foreign state and the amount in controversy exceeds $75,000, excluding interest and costs."

2. Plaintiff's Original Complaint alleges that Plaintiff is an individual who "resides in the State of Texas."

3. Plaintiff's Original Complaint improperly and incorrectly names as Defendants MOTEL 6 #1237 AND/OR MOTEL 6 and MOTEL 6 G.P., INC., DOING BUSINESS AS MOTEL 6 OPERATING L.P. Plaintiff's Original Complaint alleges that each of these named Defendants is "a limited partnership incorporated under the laws of the state of Delaware."

4. In fact, the proper and correct name of the sole Defendant in this cause is MOTEL 6 OPERATING L.P.

5. In fact, MOTEL 6 OPERATING L.P. is a limited partnership with its general partner having its principal place of business in Carrollton, Texas. Since the Plaintiff also resides in the State of Texas, there is no complete diversity for subject matter jurisdiction. Therefore, the Court lacks the authority to hear this dispute. 28 U.S.C. §1332(a).

6. Since this lawsuit is based on diversity jurisdiction, the Court should dismiss this cause because there is no complete diversity for subject matter jurisdiction. FED. R. CIV. P. 12(b).

### B. LACK OF PERSONAL JURISDICTION: INSUFFICIENCY OF PROCESS

7. The summons does not state the time within which the Defendant must appear and defend. FED. R. CIV. P. 4(a).

8. The summons does not correctly identify the Defendant. Specifically, the summons incorrectly names the Defendant as MOTEL 6 #1237 AND/OR MOTEL 6. FED. R. CIV. P. 4(a).

9.  The summons is not correctly directed to the Defendant. Specifically, the summons does not name the agent for service, nor does the summons state the address for service on the agent. FED. R. CIV. P. 4(a).

10. The summons does not bear the seal of the court. FED. R. CIV. P. 4(a).

11. The Court should dismiss this cause because process is insufficient for subject matter jurisdiction. FED. R. CIV. P. 12(b).

### C. **LACK OF PERSONAL JURISDICTION: INSUFFICIENCY OF SERVICE OF PROCESS**

12. There is no facial showing on the record that Plaintiff exercised reasonable diligence to serve the named Defendant's president, vice-president, or registered agent at its registered office. FED. R. CIV. P. 4(e)(1), 4(h)(1).

13. The Court should dismiss this cause because service of process is insufficient for subject matter jurisdiction. FED. R. CIV. P. 12(b).

### D. **PRAYER**

14. WHEREFORE, based on the foregoing, Defendant respectfully requests that this Court grant Defendant's Unopposed Rule 12(b) Motion to Dismiss.

Respectfully submitted,

GONZALES HOBLIT FERGUSON L.L.P.
2000 Frost Bank Plaza
802 N. Carancahua
Corpus Christi, Texas 78470
(361) 888-9392
(361) 888-9187 (Facsimile)

By Permission of:

R. Clay Hoblit
Attorney-in-charge
Federal ID No. 7591
State Bar No. 09743100
Patrick J. O'Hare
Of Counsel/Associate Counsel
Federal ID No. 35016
State Bar No. 24011297

ATTORNEYS FOR DEFENDANT
MOTEL 6 OPERATING L.P.

## CERTIFICATE OF CONFERENCE

I certify that I, R. Clay Hoblit, and/or attorney Patrick J. O'Hare have conferred with Plaintiff's counsel, E.A. "Trey" Apffel, III by telephone and facsimile on October 21, 2004, and confirmed that Plaintiff's counsel does not oppose the foregoing Defendant Motel 6 Operating L.P.'s Unopposed Rule 12(b) Motion to Dismiss.

By Permission of:

*R. Clay Hoblit, with permission*
R. Clay Hoblit
*Patrick J. O'Hare*

## CERTIFICATE OF SERVICE

I, R. Clay Hoblit, hereby certify that on October 21, 2004, a true and correct copy of the foregoing Defendant Motel 6 Operating L.P.'s Unopposed Rule 12(b) Motion to Dismiss has been forwarded by certified United States mail, return receipt requested, to the following Plaintiff, as indicated:

**VIA CM/RRR # 7004 1160 0000 1542 0513**
E.A. "Trey" Apffel, III
Law Office of E.A. "Trey" Apffel, III
A Professional Corporation
1201 Logan/25th Street
Texas City, TX  77590

By Permission of:

*R. Clay Hoblit, with permission*
R. Clay Hoblit
*Patrick J. O'Hare*

5