IN THE UNITED STATES DISTRICT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **IRA LANETTE DAVIS** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Civil Action No. B-04-139 |
| | § | |
| **MOTEL 6 #1237 AND/OR** | § | |
| **MOTEL 6 AND** | § | |
| **MOTEL 6 G.P., INC, DOING** | § | |
| **BUSINESS AS** | § | |
| **MOTEL 6 OPERATING L.P.** | § | |

## ORDER GRANTING DEFENDANT MOTEL 6 OPERATING L.P.'S UNOPPOSED RULE 12(b) MOTION TO DISMISS

CAME on this day to be heard Defendant Motel 6 Operating L.P.'s Unopposed Rule 12(b) Motion to Dismiss. The Court, having considered Defendant's motion and the evidence presented therein, is of the opinion that said motion should be GRANTED.

BE IT ORDERED, ADJUDGED, AND DECREED, that Defendant Motel 6 Operating L.P.'s Unopposed Rule 12(b) Motion to Dismiss is **GRANTED** and that the Plaintiff takes nothing by way of this lawsuit against the Defendant. IT IS FURTHER ORDERED that all relief requested in this case and not expressly granted is denied.

SIGNED on this the _____ day of _____, 2004

_____
UNITED STATES DISTRICT JUDGE