United States District Court
Southern District of Texas
FILED

OCT 25 2004

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | |
|---|---|
| IRA LANETTE DAVIS § § | |
| Plaintiff, § § | |
| V. § | Civil Action No. B-04-139 |
| § | |
| MOTEL 6 #1237 AND/OR § | |
| MOTEL 6 AND § | |
| MOTEL 6 G.P., INC. DOING § | |
| BUSINESS AS § | |
| MOTEL 6 OPERATING L.P. § | |

## PLAINTIFF'S MOTION TO TRANSFER

**NOW COMES**, Plaintiff Ira Davis, as Movant herein, and files this Motion to Transfer To State District Court, and shows the Court:

I.

Movant hereby moves to transfer this suit to Cameron County District Court because of proper jurisdiction. As grounds therefore, Movant states the following and submits affidavit incorporated by reference hereto.

When suit was originally filed in this matter, Plaintiff obtained information from the Secretary of State's office relative to service of process that there was no listing for any type of entity known as Motel 6 and/or Motel 6 #1237, and Plaintiff was instructed to check the doing business as records with the county clerk's office where the incident occurred. Thereafter, plaintiff contacted the Cameron County Clerk's office and was provided an Assumed Name Certificate showing Defendant, Motel 6 #1237 and/or Motel 6 and Motel 6 G.P., Inc. Doing Business As Motel 6 Operating L.P, as being a limited partnership formed under the laws of Delaware with an agent for service in the State of Delaware. Plaintiff was initially unable to serve said agent for

service, and service was then perfected on the manager of the Motel 6 Hotel there in Padre Island, Cameron County, Texas. Service was also perfected on Motel 6 G.P., Inc. Doing Business As Motel 6 Operating L.P. by serving registered agent, C. T. Corp. Systems, 350 N. St. Paul St., Dallas, TX 75201.

II.

Plaintiff's counsel was subsequently contacted by counsel for Defendant, Motel 6 #1237 and/or Motel 6 and Motel 6 G.P., Inc. Doing Business As Motel 6 Operating L.P, and advised that said Defendant was in fact a Texas Corporation with its principle place of business in Carrolton, Texas. Accordingly, this fact would destroy diversity jurisdiction under which this claim was originally filed in this Court. Further, it appears that venue would now be proper in Cameron County where the incident/accident occurred.

Movant requests that this motion be heard by submission.

WHEREFORE, Movant prays this Court will transfer and/or remove this cause to Cameron County District Court, and for such other and further relief that may be awarded at law or in equity.

Respectfully submitted,

By: _____
E. A. ("Trey" Apffel III
Texas Bar No. 01278010
1201 Logan/25th Street
Texas City, TX 77590
Phone: 409.948.0003; 281.488.2281
Fax. (409) 945-5443
Attorney for Plaintiff
Ira Davis

### CERTIFICATE OF CONFERENCE

I certify that on October 20, 2004, I conferred with Patrick J. O'Hare and he does not oppose Plaintiffs' Motion to Transfer.

_____
E. A. "Trey" Apffel, III

## CERTIFICATE OF SERVICE

    I certify that on October 22, 2004, a true and correct copy of Plaintiff's Motion to Transfer served by certified mail, return receipt requested on Patrick O'Hare, Gonzales Hobit Ferguson LLP, Suite 2000, 802 N. Carancahua St., Corpus Christi, TX 78470.

_____
E. A. "Trey" Apffel, III