IN THE UNITED STATES DISTRICT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | |
|---|---|
| IRA LANETTE DAVIS | § § § |
| Plaintiff, | § § |
| V. | §   *Civil Action No. B-04-139* |
| | § |
| MOTEL 6 #1237 AND/OR<br>MOTEL 6 AND<br>MOTEL 6 G.P., INC. DOING<br>BUSINESS AS<br>MOTEL 6 OPERATING L.P. | § § § § § |

### AFFIDAVIT IN SUPPORT OF
### PLAINTIFF'S MOTION TO TRANSFER

BEFORE ME, the undersigned authority, personally appeared E. A. "Trey" Apffel, III, who being duly sworn, deposed as follows:

"My name is E. A. "Trey" Apffel, III. I am at least 18 years of age and of sound mind. I am personally acquainted with the facts alleged herein. I am an attorney licensed to practice law in the State of Texas.

"I have been contacted by counsel for Defendant herein, attorney, Patrick O'Hare, from Corpus Christi, Texas, advising me that Motel 6 #1237 and/or Motel 6 and Motel 6 G.P., Inc. Doing Business as Motel 6 Operating L.P. was a Texas Corporation, and that diversity jurisdiction did not exist in this case by virtue of that fact. He also advised that he was agreeable to this matter being transferred to Cameron County District Court, as witnessed by his signature on the Order Granting Motion to Transfer."

_____
E. A. "Trey" Apffel, III

**SUBSCRIBED AND SWORN TO BEFORE ME** on October 22ND, 2004, by E. A. "Trey" Apffel, III.

_____
Notary Public, State of Texas

RACHEL WYATT
MY COMMISSION EXPIRES
August 18, 2006