IN THE UNITED STATES DISTRICT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | |
|---|---|
| IRA LANETTE DAVIS § | |
| § | |
| Plaintiff, § | |
| § | |
| V. § | *Civil Action No. B-04-139* |
| § | |
| MOTEL 6 #1237 AND/OR § | |
| MOTEL 6 AND § | |
| MOTEL 6 G.P., INC. DOING § | |
| BUSINESS AS § | |
| MOTEL 6 OPERATING L.P. § | |

## ORDER GRANTING
## PLAINTIFF'S MOTION TO TRANSFER

On _____, 2004, at _____, the Court considered the Plaintiff's Motion to Transfer, and after considering the pleadings and affidavit, and arguments of counsel, finds that the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Motion to Transfer is **GRANTED** and this cause is hereby transferred to Cameron County State District Court.

Signed on _____, 2004.

_____

JUDGE PRESIDING

APPROVED AS TO FORM:


_____
E. A. "Trey" Apffel, III
Attorney for Plaintiff, Ira Davis
1201 Logan/25th Street
Texas City, TX 77590
Phone: 409.948.0003; 281.488.2281
Fax: (409) 945-5443



_____
Patrick O'Hare
Attorney for MOTEL 6 #1237 AND/OR MOTEL 6
and MOTEL 6 G.P., INC. DOING BUSINESS AS
MOTEL 6 OPERATING L.P.

APPROVED AS TO FORM:

_____
E. A. "Trey" Apffel, III
Attorney for Plaintiff, Ira Davis
1201 Logan/25th Street
Texas City, TX 77590
Phone: 409.948.0003; 281.488.2281
Fax: (409) 945-5443


_____
Patrick O'Hare
Attorney for ~~MOTEL 6 #1237 AND/OR MOTEL 6~~ ~~and MOTEL 6 G.P., INC. DOING BUSINESS AS~~
MOTEL 6 OPERATING L.P.