IN THE UNITED STATES DISTRICT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IRA LANETTE DAVIS | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | *Civil Action No. B-04-139* |
| | § | |
| MOTEL 6 #1237 AND/OR | § | |
| MOTEL 6 AND | § | |
| MOTEL 6 G.P., INC. DOING | § | |
| BUSINESS AS | § | |
| MOTEL 6 OPERATING L.P. | § | |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Plaintiff's Motion to Transfer Venue will be placed upon the Court's submission docket on _____, 2004, at _____ __.m., for a decision without the necessity of an oral hearing, unless demand for one is made by you.

Respectfully submitted,

*E. A. "Trey" Apffel, III, P.C.*

By:_____
E. A. "Trey" Apffel, III
SBOT No. 01278010
R. Talmadge Hammock
SBOT No. 00793889
1201 Logan/25th Street
Texas City, TX 77590
(409) 948-0003; (281) 488-2281
(409) 945-5443 Facsimile

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing instrument has been forwarded to all counsel of record in accordance with the Texas Rules of Civil Procedure on October 22ND, 2004.

Patrick O'Hare
Gonzales Hobit Ferguson LLP
Suite 2000
802 N. Carancahua St.
Corpus Christi, TX 78470
Phone: 361.888.9392
Fax: 361.888.9187

_____
E. A. "Trey" Apffel, III