B-04-139

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 10/02/04 |
| NAME OF SERVER (PRINT) Mark Lehmann | TITLE Citizen / Process Server |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: Motel 6 on South Padre Island @ 10:36 A.M on 10/2/04, motel 6 #1237 Mgr. Monica Johnson

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/02/04
            Date

Signature of Server: Mark

Address of Server: 1743 Guadalajara Ave. Brownsville, Tx. 78526

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

%AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of Texas

IRA LANETTE DAVIS

V.

MOTEL 6 #1237 AND/OR
MOTEL 6 AND
MOTEL 6 G.P., INC. DOING
BUSINESS AS
MOTEL 6 OPERATING L.P.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: B-04-139

TO: (Name and address of Defendant)

MOTEL 6 #1237 AND/OR MOTEL 6
Monica Johnson, Manager
4013 Padre Boulevard
South Padre Island, TX 78597

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

E. A. "Trey" Apffel, III
Law Office of E. A. "Trey" Apffel, III, P.C.
1201 Logan/25th Street
Texas City, TX 77590

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby                                          8-17-04
CLERK                                                       DATE

_Danelle Ahumada_
(By) DEPUTY CLERK