United States District Court
Southern District of Texas
ENTERED

NOV 0 1 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
—BROWNSVILLE DIVISION—

| | | |
|---|---|---|
| IRA LANETTE DAVIS,<br>    Plaintiff, | § § § | |
| VS. | § § | CIVIL ACTION NO. B-04-139 |
| MOTEL 6 #1237 AND/OR MOTEL 6 AND<br>MOTEL 6 G.P., INC. DOING BUSINESS AS<br>MOTEL 6 OPERATING L.P.<br>    Defendant. | § § § § | |

## ORDER

On October 29, 2004, this court held a hearing on Plaintiff's Motion to Transfer. All parties agreed that this court had no jurisdiction due to lack of diversity. That being the case, this court hereby dismisses this matter without prejudice and denies the Motion to Transfer [Docket No. 6] as being moot.

Signed this 1st day of November, 2004.

_____
Andrew S. Hanen
United States District Judge